FILED IN OPEN COURT
DATE: 11/28/05
TIME: 10:40 am
INITIALS: JC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

                                        No. 04-20223-B

DARRYL DEMPSEY,

    Defendant.

### ORDER ON DEFENDANT'S MOTION TO WAIVE APPEARANCE

Before this Honorable Court is Defendant Darryl Dempsey's Motion to Waive Defendant's Appearance. It appearing to this Court that Defendant's Motion is well-taken;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant's request for waiver of appearance is granted.

Entered this the 28th day of November, 2005.

_____
United States District Court Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-29-05

130

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 130 in case 2:04-CR-20223 was distributed by fax, mail, or direct printing on November 29, 2005 to the parties listed.

---

Cam Towers Jones
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT